UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 3:26-cr-69-MMH-MCR

CEDRIC DEWAYNE GRIFFIN

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, states to the Court as follows:

1.      An Indictment is pending in this Court against Cedric DeWayne Griffin in the above styled case, and it is set for Initial Appearance as to said defendant at Jacksonville, Florida, on May 20, 2026 at 11:00 a.m..

2.      The defendant is now confined in Duval County Jail.

3.      It is necessary to have said defendant before this Court for Initial Appearance as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a Writ of Habeas Corpus Ad Prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said defendant and have him before this Court at the time and place above specified for Initial Appearance, and upon completion of proceedings in this case to return the said defendant to the custody of the Warden, of the Duval County Jail, and also directing the said Warden, of the Duval County Jail, to deliver the said defendant

into the custody of any United States Marshal for the aforesaid purpose.

Date: April 17, 2026

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   /s/ *Richard L. Lasseter*
Richard L. Lasseter
Assistant United States Attorney
Florida Bar No. 0060365
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:   (904) 301-6300
Facsimile:    (904) 301-6310
E-mail: Richard.Lasseter@usdoj.gov

2