UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 3:26-cr-69-MMH-MCR

CEDRIC DEWAYNE GRIFFIN

**PETITION TO QUASH WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, petitions the court to quash the Writ of Habeas Corpus and Prosequendum entered on April 20, 2026 (Doc. No. 8) and states to the Court as follows:

1. An Indictment is pending in this Court against the defendant, Cedric DeWayne Griffin, in the above styled case, and an initial appearance is set for May 20, 2026 at 11:00 a.m.

2. On April 17, 2026 the United States filed its Petition for Writ of Habeas Corpus and Prosequendum (Doc. No. 8). On April 20, 2026, the court entered a Writ of Habeas Corpus and Prosequendum (Doc. No. 8) and scheduled an initial appearance for May 20, 2026.

3. The defendant is now confined in Duval County Jail and is charged with organized fraud in Duval County case number 16-2024-CF-03129. He is scheduled for a pre-trial conference in the state case on May 19, 2026 at 9:00 a.m.

4. In the interest of judicial economy, there is no need to deliver the

defendant into the custody of the United States Marshall during the pendency of his state court charges. The defendant has not been taken into federal custody, has yet to appear in this case, and quashing the writ will prejudice neither party.

WHEREFORE, the United States of America petitions that this Honorable Court enter an order quashing the Writ of Habeas Corpus Ad Prosequendum (Doc. No. 8). The undersigned will promptly deliver a copy of the requested order to the United States Marshal.

Dated: May 19, 2026.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Richard L. Lasseter*
Richard L. Lasseter
Assistant United States Attorney
Florida Bar No. 0060365
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: Richard.Lasseter@usdoj.gov