UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 3:26-cr-69-MMH-MCR

CEDRIC DEWAYNE GRIFFIN

**ORDER QUASHING WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

Pending before the court is the United States of America's Petition to Quash Writ of Habeas Corpus Ad Prosequendum entered on April 20, 2026 (Doc. No. 8). Having considered the petition, IT IS HEREBY ORDERED that:

1. The Writ of Habeas Corpus Ad Prosequendum entered on April 20, 2026 (Doc. No. 8) is quashed.
2. Counsel for the United States of America shall deliver a copy of this order to the United States Marshal's Service.

DONE and ORDERED at Jacksonville, Florida, this 19th day of May 2026.

MONTE C. RICHARDSON
United States Magistrate Judge